UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,                  Case No. 2:15-cr-11
v.                                      HON. R. ALLAN EDGAR
                                          MAG. TIMOTHY P. GREELEY
THOMAS KEVIN HAMEL,
        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has before it Magistrate Judge Timothy P. Greeley's Report and Recommendation ("R&R") dated December 18, 2015, which recommended that Defendant's Motion to Dismiss (ECF No. 29) be denied. ECF No. 37.  Neither party objected to the R&R, therefore, **IT IS ORDERED** that the Magistrate Judge's R&R is **APPROVED AND ADOPTED** as the Opinion of this Court.  ECF No. 37.

        Defendant's Motion to Dismiss is **DENIED.** ECF No. 29.

        **SO ORDERED.**


Dated:     1/19/2016                          */s/ R. Allan Edgar*
                                                          R. Allan Edgar
                                                          United States District Judge