UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

Thomas Kevin Hamel,
_____/

Case No. 2:15-cr-11
HON. R. ALLAN EDGAR

### ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objections have been filed thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and recommendation of the Magistrate filed 2/1/2016 #49, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Thomas Kevin Hamel's plea of guilty to Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor is accepted.  Defendant Thomas Kevin Hamel is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Pre-sentence Investigation Report.  See U.S.S.G. Ch. 6.

SO ORDERED.

Dated: 2/24/2016

                                                           /s/ R. Allan Edgar
                                                           R. ALLAN EDGAR
                                           UNITED STATES DISTRICT JUDGE